**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7223**

———————

CURTIS J. BROWN, SR.,

Plaintiff - Appellant,

versus

CAPTAIN COX; T. WILLIAMS, Officer; LIA BLANC,
Officer; OFFICER HOUSTON; OFFICER DURBIN;
CHIEF WITLOCK; AL CANNON, Sheriff; COUNTY OF
CHARLESTON,

Defendants - Appellees,

and

CHARLESTON COUNTY DETENTION CENTER,

Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-98-2316-2-18-AJ)

———————

Submitted:  December 16, 1999      Decided:  December 29, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis J. Brown, Sr., Appellant Pro Se.  Samuel Wilson Howell, IV, HAYNSWORTH, MARION, MCKAY & GUERARD, Charleston, South Carolina; Joseph Dawson, III, CHARLESTON COUNTY GOVERNMENT, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis J. Brown, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Brown v. Captain Cox, No. CA-98-2316-2-18-AJ (D.S.C. Aug. 27, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED